UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES DEPT. OF LABOR** | **CIVIL ACTION NO.  6:20-CV-00635** |
| **VERSUS** | **JUDGE JUNEAU** |
| **DUANE'S CRAWFISH FARMS, INC. AND DUANE SMITH** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

**THIS MATTER** was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation, Rec. Doc. 22. After an independent review of the record, and noting the absence of any objection, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, the Defendants' Motion to Dismiss, Rec. Doc. 15, is **DENIED**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 5th day of January, 2021.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE