UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISANA
LAFAYETTE DIVISION

Eugene Scalia, Secretary of Labor,
United States Department of Labor

    Plaintiff,

v.

DUANE'S CRAWFISH FARMS, INC., and
DUANE SMITH

    Defendants.

Civil Action #6:20-CV-00635 MJJ PJH

## JOINT STIPULATION OF DISMISSAL

Plaintiff Eugene Scalia, Secretary of Labor for the U.S. Department of Labor ("Secretary"), and Duane's Crawfish Farms, Inc. and Duane Smith ("Defendants") stipulate to dismissal of all claims that were raised in the above lawsuit with prejudice. The parties have resolved this matter.

Each party will bear its own fees and other expenses incurred by such party in connection with any stage of this proceeding to date with no costs, including, but not limited to, any costs referenced under the Equal Access to Justice Act, as amended.

1

FOR THE SECRETARY OF LABOR:

KATE S. O'SCANNLAIN, Solicitor of Labor
JOHN RAINWATER, Regional Solicitor
MARGARET T. CRANFORD, Counsel for Wage and Hour

_____  DATED: 1/5/2021
DOLORES WOLFE
Trial Attorney
U.S. DEPARTMENT OF LABOR


FOR THE DEFENDANT DUANE'S CRAWFISH FARMS, INC. and DUANE SMITH

_____  DATED: 1/5/2021
BRANDON DAVIS, Attorney for Defendants
Phelps Dunbar, LLP, 365 Canal Street 2000, New Orleans, Louisiana 70130-6534