# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES DEPT. OF LABOR** | **CIVIL ACTION NO. 6:20-CV-00635** |
| **VERSUS** | **JUDGE JUNEAU** |
| **DUANE'S CRAWFISH FARMS, INC. AND DUANE SMITH** | **MAGISTRATE JUDGE HANNA** |

## ORDER

**CONSIDERING THE FOREGOING** Joint Stipulation for Dismissal with Prejudice,

**IT IS HEREBY ORDERED** that this action be and is hereby **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 6th day of January, 2021.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE